IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- BALTIMORE
'25 JUN 5 PM 12:20

Ekere Inyangette

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

Westley Watende Omari Moore

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

**Complaint for a Civil Case**

Case No. MJM 25-cv-1789
_(to be filled in by the Clerk's Office)_

Jury Trial:   ☒ Yes   ☐ No
_(check one)_

HD

Rcv'd by: AR

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    Ekere  Inyangette
Street Address          1564  Alconbury  Rd
City and County         Essex
State and Zip Code      Maryland        21221
Telephone Number        202  638 - 9463
E-mail Address          inyangekere42 @ gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                    Westley  W. O.  Moore
Job or Title
(if known)
Street Address          100  State  Circle
City and County         Annapolis
State and Zip Code      Maryland        21401
Telephone Number        410  974 - 3901
E-mail Address
(if known)

2

Defendant No. 2

    Name                             _____

    Job or Title
    (if known)                   _____

    Street Address           _____

    City and County          _____

    State and Zip Code      _____

    Telephone Number       _____

    E-mail Address
    (if known)                   _____

Defendant No. 3

    Name                             _____

    Job or Title
    (if known)                   _____

    Street Address           _____

    City and County           _____

    State and Zip Code      _____

    Telephone Number       _____

    E-mail Address
    (if known)                   _____

Defendant No. 4

    Name                             _____

    Job or Title
    (if known)                   _____

    Street Address           _____

    City and County           _____

    State and Zip Code      _____

    Telephone Number       _____

    E-mail Address
    (if known)                   _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C § 1983

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.      The Defendant(s)

    a.      If the defendant is an individual

        The defendant, *(name)* Westly W.O. Moore , is a citizen of the State of *(name)* Maryland . *Or* is a citizen of *(foreign nation)* _____.

    b.      If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_10,000,000      (10 million)_

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attachment

# Attachment pg. 6, III

# Statement of Claim

The defendant (Westley W. O. Moore), in this action, is the head of the administration for the State of Maryland. As head of the Administration for the State of Maryland, the defendant enforces an administrative law which conflicts with the United States Constitutions 5th & 14th amendments Due Process Clause. The plaintiff, is seeking relief for violations of Civil Rights according to 42 U.S.C. §1983.

In or around the 28th, day of February, 2024, the plaintiff (Ekere Inyangette), was arrested for DUI. On the 25th day of June, 2024, the plaintiff was found not guilty after a bench trial in front of the Honorable Judge Philip N. Tirabassi.

As a result of the arrest, the plaintiff's license was suspended in the state of Maryland. A notice was provided to the state in which the plaintiff's license is issued and as a result of these actions the plaintiff's license was revoked. After the trial result, the plaintiff provided the Motor Vehicle Administration, for Maryland, a copy of the trial verdict and requested that the license be reinstated. The administrator, at the time, informed the plaintiff that, although, the criminal side of the arrest and not guilty verdict, rendered by a MD District Court judge, only cured the criminal process of the arrest. The administrator established, that the plaintiff is liable for the administrative consequences of the arrest. The administrator also stated that the plaintiff's license to operate a motor vehicle was suspended, in the state of Maryland, as a result of the arrest. There only option to regain driving privileges is to enroll in the Interlocking program.

In this claim, the defendant, as Head of the current administration enforces a DUI law that establishes **"upon conviction,"** an individual is liable for consequences thereafter.

The plaintiff, in this action, is **mandated** to enroll into the IID program after being found not guilty for the underling DUI offense. In addition, under this administrative practice, an individual is denied an opportunity to request a hearing to make a claim on why entering a DUI program without a DUI conviction is justified along with the suspension of driving privileges? In addition, the Defendant, as head of the administration state of Maryland fails to offer any assistance to out of state license holders to dispute or resolve licensing issue.

The actions of the defendant, as head of the Administration, has caused the plaintiff loss of employment, loss of income, financial hardships due to the suspension in Maryland and the indefinite revocation of driving privileges in home state, mental anxiety over the indefinite revocation of driving privileges without any points or un-paid tickets, and the overall effects of having to navigate while having a revoked license without a legitimate reason for the administrations enforcement and indefinite revocation of the plaintiff's driving privileges.

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The Plaintiff prays that the Defendant disgaurd the current enforcement of the law which affects people that are not convicted.

The Plaintiff prays the Defendant provide relief in the amount of $10,000,000 (10 million) for pain and suffering as a result of the unconstitutional enforcement of a constitutional law.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-50 , 2025

Signature of Plaintiff    _____

Printed Name of Plaintiff    Ekere Inyangette

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__ .

Signature of Attorney        _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
Email Address               _____

8

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

Ekere Inyangette                     *

                                *

   v.                 *        Case No. MJM 25-CV-1789

Westley W. O. Moore                  *

                                *

## CERTIFICATE OF SERVICE

I hereby certify that on _____, a copy of _____

_____

which was electronically filed in this case on _____, was mailed via

first class mail, postage prepaid, to _____

_____

_____.

6-5-2025

Date

_____

Signature

Ekere Inyangette

Printed Name and Bar Number

1564 Alconbury Rd

Address Essex, Md 21221

inyangekere42@gmail.com

Email Address

202 867-3906

Telephone Number

_____

Fax Number

CertificateofService (06/2016)